# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE LUCAS, | CASE NO. 1:12-cv-01804-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS PREMATURE |
| D. TARTAGLIA, et al., | (ECF No. 10) |
| Defendants. | |

Plaintiff Dwayne Lucas is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on November 5, 2012, and on January 22, 2013, Plaintiff filed a request for entry of default. (ECF Nos. 1, 10.)

While Plaintiff claims that the defendants in this action have been served, a review of the docket shows that this action is currently in the screening stage and no order has issued for the United States Marshal to initiate service of process. The United States Marshal will be directed to initiate service of process on Plaintiff's behalf when the Court has determined that Plaintiff's complaint states cognizable claims for relief and service is appropriate. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). This case has not been screened by the Court and service is not yet appropriate. Accordingly, Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **February 21, 2013**

1

UNITED STATES MAGISTRATE JUDGE